## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| GULF STREAM COACH, INC. | * | |
| Plaintiff | * | |
| VS. | * | NO: 4:06CV0244 SWW |
| NATIONAL TRAVELERS, INC., and ARKANSAS MOTOR VEHICLE COMMISSION | * | |
| Defendants | * | |

## ORDER

Before the Court is Separate Defendant National Travelers, Inc.'s motion for substitution of counsel, requesting that attorney Junius Bracy Cross, Jr. be substituted as its counsel of record in place of attorney Michael Mitchell.  For good cause shown, the motion (docket entry #18) is GRANTED.  The Clerk of the Court is directed to remove Michael Mitchell as counsel for Defendant National Travelers, Inc., and substitute in his place Junius Bracy Cross, Jr. as Defendant's attorney of record.

IT IS SO ORDERED THIS 17TH DAY OF APRIL, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE