**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| GULF STREAM COACH, INC. | * | |
| Plaintiff | * | |
| VS. | * | NO: 4:06CV0244 SWW |
| NATIONAL TRAVELERS, INC., and ARKANSAS MOTOR VEHICLE COMMISSION | * | |
| Defendants | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Contract Clause claim is DISMISSED WITH PREJUDICE, Plaintiff's due process claim is DISMISSED WITHOUT PREJUDICE, and to the extent that Plaintiff brings supplemental state law claims, those claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c). There being no remaining claims, this case is dismissed in its entirety.

IT IS SO ORDERED THIS 24th DAY OF JANUARY, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE